UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANUKA NEUPANE, BISHNU PRASAD NEUPANE, and SAUGAT NEUPANE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | 3:10-CV-0307-HDM-VPC <br><br> ORDER GRANTING MOTION TO ADMIT GOVERNMENT ATTORNEY (Melissa S. Leibman) |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of <u>Melissa S. Leibman</u> to the Bar of this Court for the purpose of representing the federal defendants (United States of America, Attorney General Eric H. Holder, Jr., Secretary of Homeland Security Janet Napolitano, and CIS Director Alejandro Mayorkas) in the above-captioned litigation.

Melissa S. Leibman is a member in good standing of the State Bar of New York (Bar #4442877) and the Bar of the District of Columbia (Bar #976545). She is an attorney employed by the United States Department of Justice, Civil Division, Office of

Immigration Litigation, and her office is located in Washington, D.C.

    It is respectfully requested that an order be issued permitting Melissa S. Leibman to practice before this Court in this action.

                  Respectfully submitted,

                  DANIEL G. BOGDEN
                  United States Attorney

                  *Greg Addington*
                  GREG ADDINGTON
                  Assistant United States Attorney

<u>IT IS SO ORDERED</u>:

Dated: _____August 3_____, 2010

                *Howard D. McKibben*
                UNITED STATES DISTRICT JUDGE